127.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil No.1:99CV400

| | | |
|---|---|---|
| MELISSA JENNINGS, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | |
| UNIVERSITY OF NORTH CAROLINA at CHAPEL HILL, et al., | ) ) ) | AFFIDAVIT OF WILLIAM PALLADINO |
| Defendants. | ) ) ) | |

I, WILLIAM PALLADINO, depose and say:

1. I am, and have been since 1980, the Assistant Coach of the University of North Carolina at Chapel Hill (UNC-CH) women's soccer team (the "team"). I am a defendant in this lawsuit.

2. Prior to the summer of 1998, while members of the team were warming up before practice or hanging out at the soccer office in a trailer we called "The Hut," members of the team would occasionally make teasing and jesting comments about their or other team members' social lives, boyfriends and privates lives. I was present when such comments and the players who were making those comments knew I was present when they made the comments.

3. I never initiated discussions on those topics, only infrequently heard players' comments on those subjects and even less frequently said anything to any player at those times about those subjects.

4. I have never made any comments to any player about any player's sexual activities.

5. No one has ever complained to me that I was intruding into the players' personal lives, acting inappropriately or creating a sexually hostile environment on the team. I never heard that anyone had made such a complaint until the summer of 1998.

1

Case 1:99-cv-00400-NCT   Document 127   Filed 04/19/04   Page 1 of 2

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 14th day of April 2004.

*WILLIAM PALLADINO, affiant*