1 

```
136.
```

1      UNITED STATES DISTRICT COURT
2      MIDDLE DISTRICT OF NORTH CAROLINA
          GREENSBORO DIVISION

3  MELISSA JENNINGS and         )
   DEBBIE KELLER,               )
4                               )
              Plaintiffs,       )
5                               )
6         vs.                   )      No.  1:99 CV 400
                                )
   UNIVERSITY OF NORTH CAROLINA )
7  at CHAPEL HILL, ANSON        )
   DORRANCE, individually and as)
8  Women's Soccer Coach at UNC, )
   WILLIAM PALLADINO,           )
9  individually and as Assistant)
   Women's Soccer Coach at UNC, )
10 CHRIS DUCAR, individually    )
   and as Assistant Women's     )
11 Soccer Coach at UNC, BILL    )
   PRENTICE, individually, and  )
12 As former Chancellor at UNC, )
   SUSAN EHRINGHAUS,            )
13 individually and as Assistant)
   To the Chancellor at UNC,    )
14 RICHARD A. BADDOUR,          )
   individually and as Director )
15 of Athletics for UNC, BETH   )
   MILLER, individually and as  )
16 Senior Associate Director of )
   Athletics at UNC, JOHN       )
17 SWAFFORD, individually and as)
   Former Director of Athletics )
18 for UNC,                     )
                                )
19           Defendants.        )

20

21

22

23

24

FILED
APR 2 0 2004
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

No. 1:99 CV 400

1        The discovery deposition of ~~Joseph~~ [SIC]

2   ~~Pennacchio~~, taken before Deborah A. Bridges,

3   Certified Shorthand Reporter, at 1035 South York

4   Road, Suite 105, Elmhurst, Illinois, commencing at

5   10:15 a.m. on the 11th day of September, A.D.,

6   2002.

7

8   APPEARANCES:

9           MR. LOUIS VARCHETTO,
            MR. ANDREW R. POYTON
10          (Mulherin, Rehfeldt & Varchetto)
            211 South Wheaton Avenue
11          Wheaton, Illinois 60187
            630-653-9300

12
                Appeared on behalf of the Plaintiff;

13

14          NORTH CAROLINA DEPARTMENT OF JUSTICE
            MR. THOMAS J. ZIKO
15          113 W. EDENTON STREET
            RALEIGH, NC 27603-1013
16          919-716-6920

17              Appeared on behalf of the Defendants.

18

19

20

21

22

23

24

```
1              I N D E X

2

3   WITNESS                        PAGE

4   MELISSA JENNINGS

5        Examination by Mr. Ziko ...... 4

6        Examination by Mr. Varchetto.. 251

7        Examination by Mr. Ziko....... 255

8   ------------------------------------------------

9              E X H I B I T S

10  JENNINGS EXHIBIT               PAGE

11       Number 25.................... 232

12              *      *      *

13

14

15

16

17

18

19

20

21

22

23

24
```

1    Q    Was that the first time you had read

2  your father's letters?

3    A    Yes. He had told me he had written

4  letters, but pretty much kept them.

5    MR. VARCHETTO: You are going to have to

6  keep your voice up loud, because everything you

7  say she is writing down.

8  BY MR. ZIKO:

9    Q    So that was the first time you read

10  the letters; is that right?

11    A    I believe so, yes.

12    Q    And your father read the letters to

13  you before?

14    A    He had told me he had written

15  letters to the university, gave me a brief summary

16  of what he had covered, but figured that it was

17  his correspondence.  I had told him situations

18  that were happening with Anson and things that he

19  had said at practice, things that were going on

20  with the money, and then he said, "Okay, let me

21  take care of this."  He wanted to go through the

22  right avenues, writing letters to the university,

23  stating his complaint.  I had gone in and stated

24  my complaints, you know, went and talked to her.

1    I had been encouraged by Ehringhaus tried to

2    resolve these matters, and this would be the fall

3    of '96, my freshman year, to go and resolve these

4    matters with Anson myself.

5            Q      Let me cover some other things.

6    What is your current address?

7            A      5N096 Oak Court, St. Charles,

8    Illinois, 60175.

9            Q      Are you currently employed?

10           A      Yes, I am.

11           Q      What do you do?

12           A      I'm a preschool teacher and

13   enrichment teacher and I also coach.

14           Q      And do you have a college degree?

15           A      Yes, I do.  I have a University of

16   North Carolina undergraduate degree and a bachelor

17   of fine arts in studio art and photography and I

18   have a masters degree from Aurora University in

19   teaching.

20           Q      When did you get your degree from

21   UN?

22           A      My degree was 2000.

23           Q      When did you get your masters?

24           A      2002.

1      A      No.

2      Q      I was the first girl to cross over

3   with playing with the boys.  Because you can't

4   play for your high school and play for club at the

5   same time because they conflict.  Girl's -- boy's

6   soccer is now, girl's are in the spring, so when

7   girl's -- high school's in the spring, they play

8   club in the fall.  When they play -- does that

9   make sense?  So it is opposite seasons.  So club

10  season is in the spring.  High school season is in

11  the fall.  Illinois is one of the few states where

12  girls and boys play at different times of the

13  year.

14     Q      What was the name of the team you

15  played for?

16     A      Sockers, S-o-c-k-e-r-s F.C., F.C.

17  Sockers, there is an S on the end.

18     Q      And during the summer of 1994, what

19  team did you play for?

20     A      Summer of '94.  That would have been

21  Sockers.

22     Q      And which team did you play for in

23  the fall of 1994?

24     A      I was playing -- I was playing

```
1    varsity tennis.  Not varsity, playing the tennis
2    at the high school; I played varsity my senior
3    year.
4            Q      So you weren't playing soccer in the
5    fall of '94?
6            A      No, I was doing tennis.
7            Q      What soccer team did you play for in
8    the spring of '95?
9            A      That would have been Sockers again.
10           Q      And was it the boy's team again?
11           A      Yes, it is the boy's.
12           Q      Same team you made before?
13           A      Yes, I played with them up until I
14   graduated high school.
15           Q      What year was that?
16           A      I graduated high school in '94.
17           Q      Did you ever play for your high
18   school team?
19           A      No, I did not.
20           Q      Was your high school private high
21   school?
22           A      No, it was not.  It was public.
23           Q      How big a high school was it?
24           A      I graduated with a class of 628
```

1    Anson was a different person.  Debbie slipping

2    away from him, he totally changes his personality.

3    He knows who does the drugs, he knows who has the

4    drinking problem, he knows who has the eating

5    disorders.  And if you don't support him, then he

6    holds it over your head.  Anson is very

7    manipulative.  He enjoys degrading, humiliating --

8    he thinks it is joking, jest or fun, but I don't

9    know too many other people who would find it --

10    some girls find it flattering, a lot of people

11    find it disgusting; commenting about girls breast

12    size, commenting about who they are shacking up

13    with, wanting to know whether, you know, who

14    Aubrey's fuck-of-the-hour is.  Anson throws the

15    fuck word around a lot.

16         Q     Anything else?

17         A     Yes, there is a lot more.

18         Q     Tell me.

19         A     Do you want specific incidents of

20    stuff that happens at practices, stuff that would

21    -- where would you like me to start?

22         Q     Well, let's go back where I started,

23    ███████████.

24         What was it ███████████ told you

1       A       No.

2       Q       Did he ever say anything to you

3  about wearing spandex?

4       A       No.

5       Q       Did he ever make any comments

6  whatsoever to you about your body?

7       A       Not about my body, but he asked me

8  in a closed-door meeting who I am fucking, wanting

9  to know -- as soon as I put opposition, saying,

10  "Well, you know, your dad is not here, you are far

11  from home, I'm your father figure.  You can rely

12  on me.  Tell me these types of things.  It is okay

13  to confide in me."  I was 17 when he asked me that

14  in a dark hotel room, knee-to-knee, bed not made,

15  sitting at one those of tiny tables, and then as

16  soon as I present opposition of, "Well, your stats

17  aren't holding up, you need to improve or you're

18  off.  You're not doing what you need to do.

19  You're grades aren't doing well."

20            Well, when you are getting a

21  constant thing of getting asked who you are

22  fucking, that is a little off kilter.

23       Q       Who is ███████████?

24       A       She was a freshman when I was a

1    Q    And when you heard her say these

2    things, it was after practice?

3    A    After practice, somewhere after

4    practice, somewhere at that -- you know, we are

5    stretching, warming up.

6    Q    What is that?  What are you talking

7    about there?

8    A    It would be putting shoes on,

9    stretching.  There was -- you know, we would be

10   together as a group.

11   Q    And where would this be?

12   A    On the practice field, which is

13   across from the -- I don't know what this road is

14   called.  It is where the trailer is at or the

15   trailer -- there used to be a trailer there.

16   Q    And what would happen during those

17   times?

18   A    What do you mean, when he was --

19   Q    What was the team doing?

20   A    Getting ready for practice.

21   Q    Doing what?

22   A    Putting our stuff on, warming up,

23   going for a jog, coming back, stretching.  We

24   would all sit and stretch there together.  Goal

1    keepers would eventually -- field persons would do

2    their thing; goal keepers would go do our thing.

3         Q       And is that when these comments were

4    made?

5         A       Usually when we were putting our

6    stuff on, before we set off to go for our jog.

7    When we were sitting stretching, after going, you

8    know -- we had to do a tour of the field.

9         Q       Now, you've said you heard ████████

10   ██████ make comments about things that Anson said to

11   her; is that correct?

12        A       Yes.  It would be -- just upsetting

13   comments.  Her getting mad that he would say

14   something like that.

15        Q       When you say --

16        A       "I can't believe he would say

17   something like that," you know, crying.

18        Q       Is that a quote from her?

19        A       You could say it is a direct quote.

20   "I can't believe he would go" -- yes.

21        Q       When she said --

22        A       She didn't look happy to me when she

23   said that.

24        Q       Okay.  When she said that, do you

1   know what she was talking about?

2         A      It was directly after his comment,

3   so it would have to be -- how could it not be

4   related to that?

5         Q      And this was during the stretching

6   time, before practice?

7         A      It is before practice, yes.

8         Q      When all the --

9         A      All --

10        Q      -- women were there?  So if someone

11  had heard this, you would have -- other people

12  would have heard it?

13        A      Yes.

14        Q      And was it directed to you?

15        A      No.

16        Q      And, in fact, you didn't participate

17  in any of those discussions during stretching and

18  practice, did you?

19        A      With Anson?

20        Q      Yes.

21        A      I felt uncomfortable, filthy and

22  humiliated.  I didn't want to.  You don't want to.

23  If you -- you are safe if you stay out of radar.

24        Q      So --

```
1        A      You don't get -- you get spared the

2   humiliation, the degrading, the filthy comments,

3   if you stay under radar.     It is survival.

4        Q      So I take it from your answer that

5   you did not participate in any of those comments?

6        A      No.

7        Q      And Anson never said anything to you

8   about this, your dimples or your legs or your

9   breasts?

10       A      No.

11       Q      And he never said anything to you,

12  to make you out to be the team slut?

13       A      No.

14       Q      In fact, he never said anything to

15  you of a sexual nature ever, did he?

16       A      He did.  Just not at that same time

17  he would be picking on ███████.  He asked me who I

18  was fucking in his hotel room, is a little off

19  keel.

20              Any time that discussion situation

21  came around, I would take myself as far away from

22  that situation as possible.  I didn't want to be a

23  part of it.

24       Q      During this time where the team was
```

1   they were trying to find out what I had -- find

2   out about what my weekend was, and what I had done

3   going to see my boyfriend.

4          Q       But you didn't tell them anything,

5   did you?

6          A       No.

7          Q       And to the best of your knowledge,

8   they knew nothing, right?

9          A       Yes.

10         Q       Is ████ your boyfriend's name?

11         A       At that time.

12         Q       What was his name?

13         A       ███████████.

14         Q       Where did he go to school?

15         A       The University of North Carolina and

16  Bloomington, NCW.

17         Q       How long did that discussion take,

18  the one you just talked about?

19         A       Five, five or so minutes, couple

20  minutes, and then it is --

21         Q       Five minutes.  Do you know how long

22  five minutes is?

23         A       I want to say about 5 -- it was not

24  a quick you-and-me conversation.  It was -- it

1    takes it could have -- it wasn't ten minutes.  I'd

2    say five or shorter -- about five minutes.

3            MR. ZIKO:  What time do you have on your

4    computer?

5            THE COURT REPORTER:  10:15.

6    BY MR. ZIKO:

7            Q       What happened after that?

8            A       Practice.

9            Q       And did anything else occur during

10   practice that referenced this event?

11           A       No, because I went off with the goal

12   keeper stuff.

13           Q       Now, during your earlier testimony,

14   you referenced that there were a couple instances

15   things were stated about you.  Was this one --

16   this, "What about Trim'n incident," was this one

17   of those instances?

18           A       Yes.

19           Q       What other instances where you were

20   discussed, occurred --

21           A       Discussed with the girls or in

22   reference with Anson?

23           Q       With Anson present at these warm up

24   events?

1    A       Were they before that?  I

2 misunderstood your question.

3    Q       You said there were a couple

4 instances where you're -- you were discussed?

5    A       Um-hum.

6    Q       Okay.  And this, "What about Trim'n"

7 instance was one them?

8    A       Um-hum.

9    Q       Can you tell me about any other

10 instances that you would place in the same

11 category?

12    A       Yes.

13    Q       Tell me about the next one you

14 remember.

15    A       It was just discussion of the girls

16 asking me about my, you know, who I was --

17 conversation of me, and my -- who I was dating,

18 where I was out, who was that guy, you know,

19 because I'd have guy friends come and watch the

20 game.

21    Q       Was that event before or after the

22 Trim'n event?

23    A       I can't remember.

24    Q       Tell me what you remember about that

```
 1    event.  Start with who was present.

 2         A     The team.

 3         Q     The team was present.  Was it during

 4    the warm up time?

 5         A     I want to say it was during the warm

 6    up, after we had -- the next day after a game.

 7         Q     So it was during a warm up time?

 8         A     Practice time, warm up time.

 9         Q     Was Anson present?

10         A     Um-hum.

11         Q     Who else was -- was Bill Paladino

12    present?

13         A     All the coaching staff was present

14    and the trainers.

15         Q     And what was the first thing you

16    remember anybody saying that addressed you, you or

17    your life in particular?

18         A     Asking who the guy was -- talked to

19    a friend after the game asking who that guy was,

20    wanting to know if that was a love interest or a

21    friend.

22         Q     Was that the word they used, "Love

23    interest"?

24         A     They wanted to know -- no, "love
```

1    interest" was not the word they used.

2         Q       What word did they use?

3         A       Well, they wanted to know if that --

4    is that a friend, is that someone, is that more

5    than a friend, is he -- you know how girls talk.

6         Q       Who was it that said that?

7         A       I can't remember.

8         Q       What do you remember being said

9    next?

10        A       They were just teasing me about it

11   because I had said, "No, he is just a friend," and

12   they were giving me a teasing." Oh, well, he

13   looked like more than a friend, and do you hug all

14   your friends," and I always hug, so...

15        Q       What do you mean "you always hug"?

16        A       Well, if it is a friend and they say

17   "Hey" and come to you open arms, then I hug back.

18        MR. ZIKO:  What time do you have on your

19   computer now?

20        THE COURT REPORTER:  10:19.

21   BY MR. ZIKO:

22        Q       At some point in time did Anson say

23   anything to you on this occasion?

24        A       I can't remember.  He was present.

1    Q    Did that first discussion take 5

2  minutes or did it take less time?

3    A    Less time.  About five minutes -- I

4  mean, up to -- no later than -- no more than five

5  minutes.

6    Q    Tell me about any other instances

7  that you remember where your personal life was

8  discussed that you would place in the same

9  category as the Trim'n event.

10    A    I have a question.  In the same

11  manner or -- can you restate that for me?

12    Q    I believe we started this line of

13  questioning when I asked you whether there were

14  any occasions where your personal life was

15  discussed that Anson participated in.

16    A    Um-hum.

17    Q    Okay.  And you talked about the

18  Trim'n incident?

19    A    Um-hum.

20    Q    And that -- whatever the origins of

21  that was, you discussed the Trim'n incident; do

22  you remember the Trim'n incident?

23    A    Um-hum.

24    Q    We've now talked about this incident

1    where the other girls on the team talked about

2    your love interest, right?

3              A       Um-hum.

4              Q       You don't remember whether Anson was

5    there or whether he said anything; is that

6    correct?

7              A       He was there, but I can't remember.

8              Q       Now, are there any other instances

9    like that Trim'n incident?

10             A       That affected me directly?

11             Q       Yes.

12             A       Not that I can remember.

13             Q       So during the two years that you

14   were on the UNC women's soccer team, you can now

15   remember that there were these two instances,

16   where your personal life was discussed by the team

17   where Anson was present, correct?

18             A       At practice.

19             Q       At practices.

20             A       Yes.  There are instances of being

21   out to dinner or at his house.  When you bring the

22   boyfriend to his house, it is -- I was assuming

23   you were referring to the practice incidents; is

24   that correct?

1        Q      Yes.  Now, what did Anson do to

2  humiliate ████████?

3        A      Make her out to be the team slut.

4        Q      Was slut a word that you ever heard

5  Anson use with respect to ████████?

6        A      Directed towards her or in

7  conversations joking -- his quote how he says

8  joking with Prentice or Dino.

9        Q      By Dino, you mean William Paladino?

10       A     Yes, we all call him Dino.  This is

11  why you are supposed to call Anson, Anson.

12       Q     Have you ever, yourself, heard Anson

13  use the word slut with respect to ████████?

14       A     Yes.

15       Q     Tell me about that.

16       A     Just him and Prentice, Dino is

17  there, and they are joking back and forth about

18  that they had been sending dirty e-mails, dirty

19  jokes between them. ████████, ████████ --

20  ████████████, and then his humiliation of

21  ██████ would be asking her who the fuck of the

22  week, fuck of the hour, asking if she got, you

23  know, got the guys' names as they came to the door

24  or whether she just took a number.  "Is there a

1    guy you haven't fucked yet, and it would repeat.

2         Q      And these events that you've just

3    described, were they all during warm-up time?

4         A      During warm-up or during practice,

5    ,yes.

6         Q      How many of them occurred during

7    practice versus warm up time?

8         A      Well, warm up time is part of the

9    practice.

10         Q      So you are not distinguishing

11    between those; is that correct?

12         A      No.  Can I explain that?

13         Q      Go ahead.  You can explain anything.

14         A      Because you show up with your stuff,

15    certain amount of time ahead of time, you get your

16    stuff on, and then we -- just with any practice,

17    there is a series of -- you go through, you do

18    some running, you do some stretching, you start

19    knocking the ball around, and then you go into the

20    drills.  So it is encompassed -- it is still

21    practice time, warm-up is still the getting --

22    prepping and everything else is still part of that

23    time frame.

24         Q      It is true, is it not, that after

1       Q     Did you ever hear ████████ complain

2  about the way Anson talked to her?

3       A     No, as I stated before, she liked

4  the attention and comments.

5       Q     In fact, you testified earlier that

6  there were several girls who liked the attention

7  and were flattered; isn't that correct?

8       A     Several -- are you saying several as

9  in --

10      Q     Several as in more than two?

11      A     Yes, more than two.

12      Q     How many would you say were

13  flattered by the attention?

14      A     Six, seven, somewhere in there.

15      Q     Eight?

16      A     Eight, somewhere in that range.

17      Q     Six, seven, eight, nine?

18      A     Six, seven, eight, right in that --

19      Q     What are their names?

20      A     Well, █████ was flattered -- I would

21  say in that range.  To go through a roster, I have

22  to look at the name and say "yes/no, yes/no."  I

23  haven't talked to these girls in five years.

24      Q     ███████████████ --

1  roster. I don't have it off the top of my head.

2        Q      So what happened on that occasion?

3        A      They were commenting on, they were

4  doing sorority stuff. It was just saying he had

5  picked on ▓▓▓ about doing the sorority, just, you

6  know, "Why do you need to join a sorority." They

7  were doing the sorority stuff.

8        Q      And by doing sorority stuff, do you

9  mean like rushing sororities?

10       A      Um-hum.

11       Q      And Anson teased ▓▓▓▓▓▓▓▓▓▓▓

12  about that; is that your testimony?

13       A      ▓▓▓▓▓▓▓ was there when he was

14  teasing the group of girls. ▓▓▓▓ little sister

15  -- ▓▓▓▓▓▓▓ was there, about doing the sorority,

16  because ▓▓▓ was excited about doing the sorority

17  -- and they had talked about joining the sorority.

18       Q      ▓▓▓▓▓▓▓?

19       A      Yes, had joined a sorority.

20       Q      What else do you recall Anson doing

21  to humiliate ▓▓▓▓▓▓▓▓▓▓▓▓▓▓?

22       A      That is it.

23       Q      ▓▓▓▓▓▓▓▓▓▓▓▓▓, what do you

24  recall Anson doing to humiliate ▓▓▓▓▓▓▓

1    ██████████?

2         A      Just calls her ██████

3         Q      And did you hear him call her ██████?

4         A      Um-hum.

5         MR. VARCHETTO:  You have to say yes or no.

6         THE WITNESS:  Yes, sorry.

7    BY MR. ZIKO:

8         Q      And do you know the origins of that

9    nickname?

10        A      In reference to she never went out

11   with -- she -- the girls tried to set her up with

12   -- on a date with a guy.  She was not into it; she

13   didn't have interest in the guys, men, boys, I

14   guess.

15        Q      And do you know whether Anson was

16   the one who originated the name ██████?

17        A      I do not know.

18        Q      When did you first hear the name

19   ██████ in relationship to ████████████████?

20        A      At practice, warm-up time.

21        Q      And who was it that said it?

22        A      I can't remember.  That was just the

23   first incident.

24        Q      Now, you earlier testified that you

```
 1        A       Because if you called her ████, she
 2   would make this look on her face.  (Indicating.)
 3        Q       What else do you know that Anson did
 4   to humiliate ████████████?
 5        A       He chimed in when they were
 6   discussing -- the girls had set her up on a date,
 7   you know, the guy wanted to see her again, and
 8   ████████ had no interest in it.
 9        Q       And what did Anson say on that
10   occasion?
11        A       He was chiming in, just teasing her,
12   "Why don't you" -- you know, "Does she not like
13   the guy, does she not like the guys?  Why don't
14   you" -- you know, "He seemed to like you."  Join
15   in with the girls' discussion.
16        Q       This was also during warm-up --
17        A       Like a practice warm-up time.
18        Q       What else did Anson do to humiliate
19   this ████████████?
20        A       That is about it.
21        Q       ████████████.
22        A       Um-hum.
23        Q       What did Anson do to humiliate ████
24   ████?
```

WADLINGTON REPORTING SERVICE, INC.  312-372-5561

1        A        Yes.

2        Q        Is it your testimony that Anson

3    Dorrance humiliated Debbie Keller?

4        A        Made her feel uncomfortable, yes.

5        Q        So is it your testimony that Anson

6    Dorrance humiliated Debbie Keller?

7        A        I'm not Debbie so I can't say if

8    that -- it is possible, yes.  In front of us, no.

9    She just expressed she was uncomfortable and

10   didn't like the touching, the affection -- the

11   over-affection she was receiving.

12       Q        Did you ever -- strike that.  Do you

13   believe William Paladino ever humiliated any of

14   the women on the soccer team?

15       A        No.  Dino was there.  Dino didn't do

16   anything to stop it.

17       Q        Did you ever have any meetings with

18   Anson Dorrance when you and Anson were the only

19   two people present?

20       A        Yes.

21       Q        When was the first time you met with

22   Anson without anyone else being present?

23       A        Our player/coach meeting, final

24   four, freshman year.  That was the hotel room, and

1    he said you still had to be there.  Was that a

2    specific conversation that happened somewhere?

3            A       Yes.

4            Q       Where were you?

5            A       I want to say so -- in some sort of

6    -- in an office or a meeting place with -- an

7    office, the trailer, the shack, somewhere.

8            Q       And what was the occasion of that

9    meeting?

10           A       I can't remember.

11           Q       Was it one of the player/coach

12   conferences that you had earlier referenced?

13           A       No, because there is like an

14   end-of-the-season -- you know, get-together.  He

15   would call people in, so I don't know if he would

16   just call them in if he was unhappy with something

17   or there was a concern or you wanted to talk.  You

18   know, you could talk to him whenever.  It wasn't

19   -- but we had a specific end-of-the-season meeting

20   and that was not that time.

21           Q       What else do you remember being

22   discussed between you and Anson at that meeting?

23           A       That meeting was just his concern of

24   me not spending as much time with the girls, not

1   spending time, not doing stuff with them off

2   practice.

3           Q       And can you place that in a time

4   frame?  It was after you started practice --

5           A       Playing.

6           Q       Playing.  So it was after the season

7   had started, your freshman year, right?

8           A       Yes.

9           Q       Was it September, October, November;

10  do you know?

11          A       I can't.  Just fall.

12          Q       All right.  When was the next time

13  you remember Anson saying anything inappropriate

14  to you or towards you, I guess is what -- when was

15  the next time you heard Anson say anything

16  inappropriate directly towards you?

17          A       Still that fall of, "melissa, you're

18  rich enough, go get $400.00 out of the bank to go

19  get the team Gatorade."

20          Q       And did you go get the money?

21          A       Yes.  I was told to go get the

22  money.

23          Q       And how much Gatorade did you buy?

24          A       Enough for our team and the other

1  drinking, when was the next time that Anson said

2  anything to you that you considered to be

3  inappropriate?

4      A      That whole hotel incident.

5      Q      When did that happen?

6      A      Fall freshman.  Freshman -- between

7  fall season and the end of freshman year.

8      Q      And where were you?

9      A      In a hotel room, having our --

10  everyone had to go in and have our meetings.

11      Q      Where was the hotel?

12      A      The tournament was at Santa Clara,

13  so I don't know the name of --

14      Q      Someplace in California?

15      A      Yes.

16      Q      But not the Hotel California?

17      A      No.

18      Q      Everybody had one-on-one meetings

19  with Anson in his hotel room on that occasion,

20  right?

21      A      Yes.

22      Q      Were you the first one to have such

23  a meeting?

24      A      No.

1          A        The area we were in, no.  We were by

2     a table by the window, it is two chairs, it is

3     dark, there is the bed.

4          Q        Why was it dark; was it nighttime?

5          A        I don't know -- it wasn't, you know,

6     small, dim light.  It is not a very well-lit room.

7     Like this is well-lit.  That was not.

8          Q        What else do you remember about the

9     room?

10          A        Not made.  Stuff was all over the

11     place.

12          Q        What happened at the door to the

13     room?

14          A        Just invited to come, you know, it

15     was kind of the "next." Anson is there, tells you

16     to have a seat.

17          Q        Was there a published list of

18     players with times to appear?

19          A        I can't remember.

20          Q        So you were at the door, and

21     basically Anson -- was it Anson who said next?

22          A        Anson comes in, and I want to say he

23     was at the door -- I can't remember.  And he said

24     "Take a seat."

1      Q      You went into the room?

2      A      Yes.

3      Q      What happened next?

4      A      You are asked to take a seat, so I

5  sit down in the chair.

6      Q      What happened next?

7      A      Anson proceeded -- kind of does the

8  little small talk, you know, how are you doing,

9  what is going on -- it is -- I don't know, a

10 conversation, I would say, to try to get you --

11 obviously, I was -- I knew I was uncomfortable.

12     Q      Why were you uncomfortable?

13     A      I was -- because I just didn't feel

14 comfortable with Anson, from stuff that had gone

15 on -- the conversations that had gone on at

16 practice.  Him making the comment of me not -- you

17 know, telling me I'm not participating at these

18 parties, and I knew I had only gone to one or two,

19 trying to make a compromise of participating in

20 those functions with the team.  He just was not

21 giving me that warm, friendly feeling.

22     Q      You were expecting, when you went

23 into that room, for Anson Dorrance to be critical

24 about your performance as a soccer player, weren't

1   you?

2           A       Critical or just expressing --

3           Q       You were expecting, when you went

4   into that room, to meet with Anson Dorrance, for

5   him to be critical about your performance as a

6   soccer player, on the UNC women's soccer team,

7   were you not?

8           A       Critical is the word that is

9   throwing me.  I was expecting him to tell me about

10  the season; where I needed to improve.

11          Q       You did not expect him to praise

12  your performance as a player of the UNC women's

13  soccer team, did you?

14          A       I didn't know -- whether he was

15  going to be critical or negative.

16          Q       So prior to that time, you had no

17  idea what your performance had been like on the

18  UNC women's soccer team?

19          A       Well, I had an idea.

20          Q       Well, what was that idea?

21          A       That I was doing fine, and --

22          Q       So this is at the end of your

23  freshman year?

24          A       Um-hum.

1          Q       Playing soccer.  You had the idea

2     that you were doing fine as a soccer player on the

3     women's soccer team at UNC Chapel?

4          A       Yes.  I was happy where I was at.  I

5     knew I was not the number one keeper, but I was

6     happy with my performance.  I wasn't expecting to

7     get bombarded, if that is what you are trying to

8     -- I wasn't expecting my personal life to come

9     into the conversation.  I was not expecting, once

10    I presented opposition to him, then he said, "Well

11    your stats are here, you are not doing well, you

12    need to do this, you need to do that, your grades

13    are slipping." There is something wrong, you know.

14         Q       Let's go more slowly.

15         A       Okay.  Sorry.

16         Q       You came in and you sat down?

17         A       Um-hum.

18         Q       Did Anson sit down?

19         A       Um-hum.

20         Q       Where did he sit in relationship to

21    you?

22         A       Can I give you a visual --

23         Q       You can describe it.  She needs to

24    take it down.

1    A     There is those small, little tables

2    that are in a hotel room.  There is a chair there,

3    you know, the windows -- the windows to the side

4    of the table, and he is sitting down.  We're

5    nearly knee to knee, in a facing manner.

6         Q     But a table between the two of you?

7         A     Not between us.  I could rest my

8    arm.  The table would be just barely jutting.

9         Q     So, okay.

10        A     I could rest my arm on it, but not

11   -- it was not as if how you and I are across the

12   table.

13        Q     Do you remember him asking you how

14   you felt?

15        A     He asked if I had been okay.  If I

16   was -- yes.  If I felt okay.  If I -- it came in

17   the discussion of "you are" -- you know, "you

18   seem" -- "are you comfortable?"  It was this --

19   "you seem uncomfortable."  Well, yes, I am

20   uncomfortable.

21        Q     And you were uncomfortable, right?

22   Isn't that true?

23        A     Yes.

24        Q     And why were you uncomfortable?

1          A        Because of the way he had attacked,

2    you know, would make comments at practice, the way

3    other girls were coming out in tears and obviously

4    upset.  I was uncomfortable of where is it going

5    to go.

6          Q        And where did you think it might go?

7          A        I didn't know where it was going.  I

8    had no -- I was thinking it was going to be a

9    positive experience.

10          Q        You were thinking it was going to be

11    a positive experience, and yet you were

12    uncomfortable.  How do you reconcile those two

13    feelings?

14          A        Uncomfortable because I'm

15    uncomfortable in a room with him by himself.

16    Uncomfortable by the comments he had made over the

17    season.

18          Q        And what comments were those?

19          A        Those comments that it happened --

20    that I said before, it had happened at practice,

21    and then with the drinking stuff, I was not -- and

22    I was hoping it would be a positive experience of

23    him saying, you know, "This is what has happened

24    during the season, this is where you are, this is

1    where I would like you to be."

2        Q    And when he asked you, if you were

3    comfortable, what was your response?

4        A    There wasn't much of a response.

5        Q    What was the next thing that you

6    remember happening?

7        A    We had conversation of, first it

8    started with my grades, that they needed to

9    improve.

10        Q    What were your grades at that time?

11        A    Above water.  Keeping my head above

12    water, surviving.

13        Q    Below 2.0 on a GPA of 4?

14        A    Yes.

15        Q    How many courses had you flunked

16    your freshman year, at that time?

17        A    I remember one for sure.

18        Q    How many courses had you taken your

19    freshman year at that time?

20        A    I don't remember.

21        Q    Do you recall what your GPA was at

22    that time?

23        A    Below 2.

24        Q    How far below 2?

```
1          A       I don't remember.

2          Q       Were you in danger of losing your

3    academic status to play soccer?

4          A       I believe so, yes.

5          Q       Was that one of the reasons that you

6    were uncomfortable when you went into the hotel

7    room?

8          A       No.

9          Q       So you weren't concerned that you

10   were about to lose your academic status; is that

11   your testimony?

12         A       I was concerned, but that was not

13   why I felt -- I just felt uncomfortable with Anson

14   in a room by myself.

15         Q       What do you recall Anson saying

16   about your grades?

17         A       That they needed to improve.

18         Q       And you agree with that, don't you?

19         A       Yes.

20         Q       And what else did he say about your

21   grades?

22         A       They were not where they needed to

23   be.  That had to --

24         Q       And why did they need to improve?
```

1    A    They were below what was -- I was on

2    the border.  I believe I was on the borderline of

3    requirements.  They were below where they needed

4    to be.

5        Q    Did Anson explain to you how

6    important your grades were?

7        A    Yes.

8        Q    And what did you say when he

9    explained to you how important your grades were?

10       A    That I just -- "I have to study, I

11   have to do well I can't -- you know, I have to

12   pass my classes, same.  You know, I have to do

13   better in school."

14       Q    What else did he say about your

15   grades?

16       A    That they were not acceptable.

17       Q    What do you -- what did you

18   understand him to mean when he said your grades

19   were not acceptable?

20       A    That I needed to bring them up.

21       Q    Or what would happen?

22       A    I don't know.

23       Q    Excuse me?

24       A    I don't know.

1      Q      Is it your testimony today that you

2   did not --

3      A      He didn't tell me --

4      Q      -- understand.  Is it your testimony

5   today that you did not understand that if you did

6   not raise your grades, he would cut you from the

7   soccer team?

8      A      I was not told that directly.

9      Q      You were not told that.  Did you

10  understand that from the conversation you had with

11  Anson at the end of your freshman year?

12     A      That if I didn't -- if I didn't

13  bring them up, he was going to cut me?

14     Q      Yes.

15     A      He never said that directly --

16     Q      Did you understand that?

17     MR. VARCHETTO:  You don't have to yell at

18  her, but you can ask her.

19     THE WITNESS:  Did I assume that?

20     MR. ZIKO:  Yes.
    THE WITNESS:  Yes.
21  BY MR. ZIKO:

22     Q      What else did he ask you about your

23  grades?

24     A      That was -- at that meeting that was

Case 1:99-cv-00400-NCT   Document 136   Filed 04/20/04   Page 40 of 96

```
 1    -- I needed to bring them up, asked if I had been
 2    going to the tutor.
 3         Q      Had you been going to the tutor?
 4         A      Yes, we were required to go to the
 5    tutor.
 6         Q      What else did he ask you about your
 7    grades?
 8         A      Just if I needed the help, was I
 9    going to the tutor?  As a freshman you are
10    required to go to the tutor session.
11         Q      Were your parents at that time aware
12    of what your grades were at UNC Chapel?
13         A      To the best of my knowledge.
14         Q      Yes or no?
15         A      Yes.
16         Q      What was your parents' attitude
17    towards your below 2.0 grade point average?
18         A      That I needed to do better.
19         Q      And what did your father tell you
20    about how much better you needed to do on your
21    grades?
22         A      A lot better.
23         Q      And did your father tell you that if
24    your grades did not get above 2.0, he would take
```

1    you out of UNC Chapel Hill?

2          A       I don't recall.

3          Q       Did you understand if your grades

4    didn't come above 2.0, that your father would

5    withdraw his support of your education?

6          A       What do you mean by "support"?

7          Q       Your education was being paid for by

8    your parents; is that correct?

9          A       Yes.

10         Q       Or was it being paid for from your

11   trust fund?

12         A       By my trust fund.

13         Q       Were there requirements in your

14   trust fund, that in order to continue your

15   university education, you needed to maintain a

16   certain GPA?

17         A       I don't know that.

18         Q       Did your father tell you that if you

19   did not maintain a higher GPA, that he would

20   withdraw his support for your education?

21         A       I have a question.  You tied that --

22   I understood the first question of the trust not

23   understanding, but he doesn't -- I'm not

24   understanding where you'd asked if the trust had

1   anything in there about  my GPA.

2          Q       Right.

3          A       And it did not, to my knowledge.

4          Q       Did your trust have anything in it

5   about your need to maintain an adequate academic

6   performance?

7          A       Not to my knowledge.  I don't know

8   that information -- I don't know that information.

9   I don't know if there is anything.

10          Q       Did you discuss your GPA with your

11  mother?

12          A       I don't know, but they --

13          Q       Why was your GPA so low?

14          A       I was not happy.  I was

15  uncomfortable, had been thrown --

16          Q       And why weren't you happy?

17          A       Just with -- just felt so -- I had

18  never had a coach that created an environment that

19  Anson had created, a hostile, uncomfortable --

20  telling me I'm not participating on the team by

21  doing the drinking.  What I did outside of the

22  team was irrelevant to any of my other coaches,

23  the hostile environment.  I felt I was just very

24  uncomfortable.

1          I found it hard to focus by just the

2    constant -- by the environment that was created --

3    it was very hard to focus.

4          Q     Was part of the environment that was

5    created in an environment that was negatively

6    critical of your performance as a soccer player?

7          A     Could you restate that -- and I want

8    to get a bathroom break before you ask another.

9    Is that possible?

10          Q     I don't want to make you

11    uncomfortable.  Do you need --

12          A     I just knew I couldn't leave a

13    question.

14          Q     You can leave any time you want.

15          A     Okay.

16          Q     We can take a bathroom break.

17          A     I didn't want to get in trouble.

18                    (Recess.)

19    BY MR. ZIKO:

20          Q     Was part of the environment, an

21    environment in which people were critical in a

22    negative way about your performance as a soccer

23    player?

24          A     My understanding was that meeting

1    was to give us a performance all around as a

2    player, my performance in school, performance on

3    the team.

4              The purpose of that meeting was to

5    give us a feedback from him as a player, as a

6    student.

7         Q    Okay.

8         A    Does that answer your question?

9         Q    But you had said something about how

10   the environment on the soccer team affected your

11   grades; is that your testimony?

12        A    Yes.  Because it took my focus --

13        Q    Was part of that environment that

14   affected your grades, a soccer environment in

15   which the people responsible for the soccer team,

16   the coaches, were critical in a negative way about

17   your performance as a soccer player?

18        A    No.

19        Q    Meaning that -- I'm not sure I'm

20   understanding 100 percent here.

21        Q    During the time of your freshman

22   year, were there any coaches on the soccer team

23   who were critical of your performance in a

24   negative way?

1        A      Sure.

2        Q      Okay.  Was the fact that you were

3 not a first string goal keeper affecting your

4 performance in the school?

5        A      No.

6        Q      Was the fact that you were not the

7 second string goal keeper affecting your

8 performance --

9        A      No.  Where my position was, was not

10 -- it was --

11        Q      Was the fact that other girls on the

12 team were critical of your performance as a soccer

13 player part of what was affecting your performance

14 at school?

15        A      No.  Like I said before, it was the

16 drinking comments, the comments made about all the

17 girls, and their sexual stuff that just made me

18 uncomfortable,  It had nothing to do with my

19 performance as a player.

20        Q      Now, when you were talking to Anson

21 about your grades, how long did you talk about

22 your grades?

23        A      For a time period, being specific is

24 too hard.

```
 1         Q        And during that time, Anson asked
 2    you why your grades weren't better, didn't he?
 3         A        I'm sure he did.
 4         Q        And what was your response at that
 5    time?
 6         A        I don't remember.  It was -- I was
 7    just -- I don't remember.  I can't recall.
 8         Q        And in the course of asking you
 9    about why your grades weren't better, did Anson
10    ask you whether you were happy at the University
11    of North Carolina at Chapel Hill?
12         A        I'm sure he did.  I can't remember
13    the specifics of we had talked about grades, I was
14    told I needed to improve, unhappy with my grade
15    performance, pulling that type of stuff.  I don't
16    -- it's been several years.  It is hard to --
17         Q        And when I was asking about your
18    grades, did Anson ask you about your social life
19    at the university?
20         A        Yes.
21         Q        And what did you tell him?
22         A        It was none of his GD business.
23    Referring to asking me -- he -- "after the grades,
24    it is okay to tell me."
```

Case 1:99-cv-00400-NCT   Document 136   Filed 04/20/04   Page 47 of 96

```
 1          Q        You mean, it is okay to tell you

 2    what?

 3          A        He is the father figure -- he

 4    portrays himself as the father figure for our

 5    team.  We are away from home.  "You know, I want

 6    you to feel you can tell me even if you can't tell

 7    your dad anything.  I want you to tell me what" --

 8    we are away from home.  He is our father figure,

 9    that is how it is supposed to make us feel

10    comfortable, to tell him what is bothering us,

11    whether it is with our relationship, with our

12    grades, with our -- is that what you are --

13          Q        And when did Anson make those

14    comments to you during this meeting?

15          A        Yes.

16          Q        Okay.  And when he asked you, "You

17    can tell me," what did you tell him?

18          A        That it is none of his business what

19    I do.

20          Q        Okay.  Now, did you say it is none

21    of his business, or did you tell him it was none

22    of his God damn business?

23          A        "None of his God damn business what

24    I do off the field," and that was, it was -- you
```

1  know, that occurred between, when he had made --

2  asking me who I'm fucking, if I'm sleeping with

3  anybody, who I needed to be, you know, am I doing

4  anything, is that affecting your -- is that

5  affecting your grades, is that affecting your --

6  it brought in my -- I was uncomfortable with him

7  discussing anything out of me as a player, me as a

8  student, bringing my social life into it is --

9       Q       How did your social life get drawn

10 into it?

11      A       (No response.)

12      Q       Did your social life get drawn into

13 it when Anson started asking you about why you had

14 a grade point average below 2.0?

15      A       It is very possible.

16      Q       And what was it specifically Anson

17 asked you about why your grade point average was

18 below 2.0?  What do you remember about that part

19 of the conversation?

20      A       Not a lot.  It --

21      Q       What is the next thing you remember

22 about that conversation?

23      A       Before or after I made the none of

24 his business, none of his GD business comment?

1          Q       I'm asking you what you remember the

2     next thing that happened in the conversation.

3          A       Then started talking about my

4     performance as a player.

5          Q       And what did he say about your

6     performance as a player?

7          A       Saying my stats weren't -- they

8     needed to be, I needed to do better -- my stats,

9     meaning performances during, like lifting or 1V1s

10    or running and stuff like that.  That was my --

11    you had said about my performance as a player, as

12    a soccer player on the field, not in the other

13    aspects of a player.  Because when you said --

14    asked the environment of being critical as a

15    player, I am thinking it encompasses, as a

16    student, my social, the whole player, not just as

17    a specific soccer player, goal keeper there.

18                 Does that make any sense?  So after

19    the conversation about social life, then it went

20    right into, "you are not doing well, you need to

21    improve, this is not acceptable."

22                 So then it went from one to the

23    other.

24         Q       Okay.  You said Anson talked to you

```
1    about your stats; is that right?

2           A     Yes.

3           Q     And you said he said they weren't

4    what they needed to be; is that right?

5           A     Um-hum.

6           Q     Are those his words or did he use

7    stronger language than not what they needed to be?

8           A     I just remember him telling me I

9    needed to improve.

10          Q     At any point during this meeting did

11   you start to cry?

12          A     Yes.

13          Q     Tell me when you started to cry.

14          A     I don't know.  I remember during

15   that meeting I did.

16          Q     When you started to cry, what was

17   Anson's reaction?

18          A     He kind of gets that little smirk on

19   his face.

20          Q     And then what happened?

21          A     Some other -- there was other --

22   there was another conversation -- something was

23   brought up that I was just -- I was upset by.  And

24   it was pretty much once I started getting upset
```

1     the meeting was drawn to a close.

2                    I got upset and I can't remember

3     from the details.  He just got that smirk, you

4     know, "You need to improve," and it goes from

5     there.  And from there it is kind of whirlwind,

6     because I just wanted to leave at that point.  I

7     felt very uncomfortable.

8          Q      Were your grades the first thing you

9     talked about when you got in the room, after you

10    had made the small talk?

11         A      I want to say so.

12         Q      What is the next thing you talked

13    about after your grades?

14         A      Social.

15         Q      And tell me about that conversation.

16         A      We already if -- that was with the

17    whole social life.

18         Q      Tell me what you remember about that

19    part of the conversation.

20         A      Once again, him stating he is my,

21    you know, my father away from home, he is our

22    father figure.  I should feel okay to tell him

23    anything.  He asked me if I'm fucking anybody.

24    What is going on in my social life?  Is that

1  affecting my grades, is that affecting me as a

2  player?  He needed that information to best help

3  me, and then it goes into, "Well, your performance

4  is -- this is where your stats are at.  Your

5  performance is not here."  I'm upset, end of the

6  conversation.

7       Q       Okay.  And did he use the phrase

8  "Who are you fucking"?

9       A       Yes.

10      Q       And at what point in the

11  conversation did he use that phrase?

12      A       I already stated that.  Are you

13  asking me?  I'm sorry.  Do you want me to --

14  during the social -- when he was talking about

15  after the grades discussion, in between my social

16  life and --

17      Q       What was the first thing you

18  remember him saying about your social life or

19  asking about your social life?

20      A       "Who are you fucking, are you

21  sleeping with anybody, is this encompassing -- is

22  this -- is there a problem, what is causing a

23  problem with your grades, with your performance?"

24  This just threw me.  It threw me in a way -- at

1    first I was just kind of taken back, because he

2    used fuck a lot, but then in reference to me, it

3    made me very uncomfortable, and I just kind of --

4    I clammed up, shut down, because I didn't think it

5    was any of his right to ask me those -- that

6    question.

7         Q    And how did you express yourself

8    when you told him you didn't think it was his

9    right to ask that question?

10        A    "None of his God damn business."

11   And then he obviously got upset at that comment.

12   He wasn't happy with that comment.

13        Q    And were you at that time dating

14   anybody?

15        A    I want to say so, yes.

16        Q    Prior to that, had you been dating

17   somebody else?

18        A    Yes.

19        Q    And during your freshman year, how

20   many different guys had you dated?

21        A    Four?  I mean, they were not serious

22   relationships, so when you mean dating, do you

23   mean going out and eating; do you mean before I

24   started dating Dave?  Dave was the end of my

Case 1:99-cv-00400-NCT  Document 136  Filed 04/20/04  Page 54 of 96

1  freshman through my sophomore.

2          Q       Dave Myers we mentioned earlier?

3          A       Yes, end of my freshman.

4          Q       Were you dating him at this time?

5          A       Could have been right in there.  It

6  was the end of that time, beginning of -- it is

7  possible.

8          Q       But prior to that you had dated

9  several guys?

10         A       Yes.  I have gone out, went to

11 dinner, went to movies.  Nothing of a nature that

12 would expect a question of whether I'm having sex

13 with these men or not, and the fact it is assumed

14 I am because I'm going out with -- was very

15 uncomfortable.

16         Q       You know, why are you saying that

17 Anson assumed you were having sex --

18         A       Him asking me if I'm fucking anybody

19 would be the assumption of -- you wouldn't ask

20 your daughter if she is fucking anybody.

21                 My father would never ask me that

22 type of question.  I don't think anybody would ask

23 that question, unless you are assuming they

24 already had sexual relationships with people.  I

Case 1:99-cv-00400-NCT  Document 136  Filed 04/20/04  Page 55 of 96

1   don't think you would ask anybody, let alone

2   whether they are sleeping with anyone, without

3   assuming that they already are.

4        Q    And then when you told him it was

5   none of his God damn business, what happened after

6   that?

7        A    I was upset, and then we went in

8   talking about my performance as a player, my

9   stats, and then it is done.

10       Q    And what did Anson tell you at the

11  end of the meeting, about what you had to do in

12  order to continue as a member of the soccer team?

13       A    Improve my grades, first and

14  foremost, and then, obviously, improve my

15  performance, make my -- you know, fight for that

16  first string, second string position.

17       Q    What about your conditioning,

18  separate and apart from your skills as a goal

19  keeper, what about your conditioning?  Did Anson

20  talk to you about your level of conditioning?

21       A    He said that -- that I would say is

22  included in my performance as a player.  It needs

23  to improve, telling me it is not where he expects

24  it to be.  It is not where his standards are.

Case 1:99-cv-00400-NCT   Document 136   Filed 04/20/04   Page 56 of 96

 1          Q       At this point in your freshman year,

 2    had you ever played in any game that the UNC

 3    women's soccer team had played?

 4          A       I played in it one, maybe two.   One

 5    was like a preseason game and one was -- I want to

 6    say one game.

 7          Q       One game?

 8          A       Um-hum.

 9          Q       What was the score at the end of the

10    game?

11          A       I don't know.   We were winning by a

12    lot.

13          Q       To whom did you speak about that

14    meeting, after that meeting?

15          A       A couple of the girls -- right

16    directly after?

17          Q       Directly after the meeting, to whom

18    did you speak?

19          A       I don't --

20          Q       Did you speak to any women on the

21    team sometime later about that meeting?

22          A       At a later time I had spoken to, I

23    know my parents, I want to say.

24          Q       How much later did you speak to your

THE WITNESS:  She was a person in the
Chancellor's office that I felt I could talk to.

BY MR. ZIKO:

        Q       Why did you think you could talk to
her?

        A       She was a woman.  She had presented
herself as being okay and open doors to talk to,
and I had brought concern before into her office.
I felt comfortable with her, because she had
always been relatively, when I first -- I'm not
sure when I first made contact, but that it was
okay to discuss -- that it was during the fall of
my freshman year is when I first made contact, but
the specific date, I'm not sure.  Because I
believe I went with her -- my first concern was
why Anson didn't, one, tell my team that I had
been sick, and the teammate had gotten mad and
upset, that they didn't know I was in the
hospital, and I was sick, and he didn't bother to
tell any of the girls, and I thought that was
inappropriate, and the fact with the alcohol of, I
didn't know how to approach Anson on that.

        Q       So when did you first meet with
Susan Ehringhaus?

```
1          A       Following my freshman year.

2          Q       Was that the first time you had

3     spoken to her?

4          A       Yes.

5          Q       Prior to that where had you seen

6     her?

7          A       I'm not sure when.

8          Q       Why did it come into your mind to go

9     and meet with Susan Ehringhaus about any concerns

10    you had?

11         A       She was in the Chancellor's office,

12    I want to say, some sort -- that she was a lawyer,

13    who knew the legality of -- I didn't want to get

14    in trouble for being at these parties where there

15    was drinking, and if I was going to comply to

16    Anson's request of being more involved, I didn't

17    -- I wanted to make sure I wasn't going to get in

18    trouble.

19         Q       So tell me about your first meeting

20    with Susan Ehringhaus.  What was said and who said

21    it, to the best you can recall today?

22         A       We discussed -- because I had a

23    couple meetings, so I'm trying to distinguish

24    stuff that was going on at practice, his request
```

1    for me to be involved more at these parties with

2    the drinking, and she encouraged me, she said,

3    "Well, are you sure you are taking what is being

4    said in the right context? You need to go and

5    talk to Anson about this" -- she basically tried

6    to get me to go meet with Anson and see if I can

7    resolve it.

8        Q    And that is the drinking issue,

9    right?

10       A    Yes. And being more involved with

11    the parties and the drinking and --

12       Q    Now --

13       A    And then with also the fact of not

14    showing up to, you know, not having much of a

15    concern for the fact that I was sick and not -- it

16    was all tied together, for the drinking and being

17    sick and him not telling the teammates, and I have

18    my teammates going, "Why the hell weren't you at

19    the game? "Well, he failed to tell them I spent a

20    little under 12 hours in the ER and then was in

21    the hospital, and then leading up again to his

22    thing with the money, singling me out with, "Well,

23    you are rich enough, go get the money." It was

24    that order. And she had encouraged me to try to

Case 1:99-cv-00400-NCT   Document 136   Filed 04/20/04   Page 60 of 96

1  resolve it with making sure I was sharing my

2  contacts of stuff that was being done, because I

3  had described the environment -- when you say with

4  the practice of the things that were being said

5  that made me feel uncomfortable, and hostile

6  sexual nature, and she basically encouraged me to

7  try to work it out with Anson, that she knew him

8  as a good man, and wasn't -- you know, wanted to

9  make sure that I was 100 percent, and that I

10 should take it up with Anson.

11         Q      When was that meeting?

12         A      Fall.  Between September through

13 November, fall, not August.

14         Q      Of what year?

15         A      '96.

16         Q      Is it your testimony that in the

17 fall of 1996, you met with Susan Ehringhaus --

18         A      Yes.

19         Q      And you told her that there was a

20 hostile sexual atmosphere at soccer practices and

21 on the soccer team?

22         A      Yes.

23         Q      And what words did you use?  Did you

24 use the words hostile sexual atmosphere?

          A      I told her about the sexual comments

that were made.  It was an environment that was

not -- there was a humiliating, uncomfortable

environment with sexual comments being made,

referring to girls and all that stuff.  And she

was just -- she said, "Well, to make sure that I

go and talk to Anson, and that it is okay, you

know, that I should try to work it out with him,

that am I really taking those comments into

context, am I" -- questioning me whether I was 100

percent sure whether that environment was the way

it was, or those comments made were the way they

were.  And she basically just gave me the sugar

coating, "Anson is a great guy.  I've known him

for a long time," shoved me out the door.  Was not

-- didn't seem that concerned.

          So I tried to do her request of, you

know, okay.  These are the things Anson wants

done.  Apparently I can't -- because she said she

was somewhat concerned with the drinking issue of,

"Well, he shouldn't be encouraging, you need to do

these things," and I said, "Well, where do I

compromise on being involved in the drinking,

being at these parties where I know binge drinking

1   is going on, how do I," you know, "I'm stuck

2   between I know it is wrong, how do I do it?"

3             How do I make that work, and then

4   brought in, obviously, stuff that was going on at

5   practices, and how that made me feel,

6   uncomfortable, filthy, humiliated.  And she did

7   the, once again, the sugar coating of, "Anson is

8   good."  She wanted to know all of the aspects that

9   were going on.

10        Q       So she wanted to know all of the

11  aspects?

12        A       Um-hum.

13        Q       And you told her everything?

14        A       I told her about the drinking, the

15  comments being made at practice.

16        Q       What comments being made at

17  practice?

18        A       The sexual comments about who is

19  shacking up, who the fuck of the week is -- I gave

20  her a run-down of what I thought would encompass

21  everything, and talked about the fact that I was

22  kind of disturbed of, you know, if I'm sick, he

23  doesn't seem to be concerned, and he makes it out

24  to be my fault that I'm sick.  And that brings up

Case 1:99-cv-00400-NCT  Document 136  Filed 04/20/04  Page 63 of 96

1    a point of -- in a meeting he was saying -- it was

2    some sort of discussion where if you're sick, it

3    is your own weakness, it is your own mental

4    weakness if you are sick, with the cold or the flu

5    or anything else.

6         Q    How long was your meeting with Miss

7    Ehringhaus?

8         A    I don't know enough -- specific

9    time.  That was several years ago, so...

10              Can we go to lunch now?

11         Q    I don't want to make you

12    uncomfortable, but I do want to finish this.

13         A    Okay.  That is fine.  After that,

14    can I go get lunch?

15         Q    Now, that meeting was sometime in

16    the fall of 1996?

17         A    Um-hum.

18         Q    Now, you say you had another meeting

19    with Miss Ehringhaus?

20         A    Yes.

21         Q    And when was that?

22         A    After that meeting.  That is the

23    best description I can give.

24         Q    Was it the same year, or was it the

Case 1:99-cv-00400-NCT   Document 136   Filed 04/20/04   Page 64 of 96

1  next year?

2       A     I would say same year.  Yes.

3       Q     Same year?

4       A     Yes, same year.  Sorry.

5       Q     And what happened at that meeting?

6       A     Discussion of the money.  It wasn't

7  -- discussion of the money issue, again, because I

8  hadn't gotten the money, and how do I get it?

9  I've been told by the girls if I don't keep

10 demanding it, I will never see it again.

11      Dino told me I have to stay on top

12 of Anson or he will just forget about it.

13      Q     So the first meeting was after you

14 had spent the money?

15      A     Yes.

16      Q     And the second meeting was after you

17 spent the money before you were reimbursed --

18      A     Yes.

19      Q     So it was within that time frame?

20      A     It is within the fall.  It is before

21 the time I met with her a couple times my freshman

22 year, and then there was a meeting she was

23 involved with later, my sophomore year.

24      Q     Now, during the second meeting, did

Case 1:99-cv-00400-NCT  Document 136  Filed 04/20/04  Page 65 of 96

1  you discuss or mention to her anything about

2  sexual comments at practice?

3       A     No.  Because my main goal was to

4  just get reimbursement back, and I wasn't getting

5  it, and I wasn't getting it from Anson, and I

6  wasn't getting it from Dino, so I needed to go

7  elsewhere, because that was -- you know, I had a

8  budget to work from, for myself, and so that put

9  me --

10      Q     And these meetings with Susan

11 Ehringhaus were before the meeting in the hotel

12 room that you described earlier with Anson, right?

13      A     Yes, I believe so -- yes.

14      Q     And during --

15      A     Those two meetings, yes.

16      Q     And I realize there was a third one

17 sometime in the spring of 1998, right?

18      A     Yes, sorry.

19      Q     And during the first meeting with

20 Miss Ehringhaus, did she specifically ask you

21 whether any of the sexual comments you were

22 talking about were directed to you?

23      A     I can't recall.

24      Q     All right.  And you didn't tell her

1   any of them were directed to you, did you?

2          A       No.

3          Q       Because they hadn't been, had they?

4          A       I was just explaining -- she had

5   wanted to know what was going on, and what the

6   atmosphere was, and I was trying to be

7   descriptive.  She wanted to know why I was not

8   feeling comfortable, so I was trying to describe

9   the atmosphere, describing practices, the way he

10  singles me out with the whole money thing and with

11  being sick and not telling the team.  She was more

12  interested in a general picture.

13              Does that make sense?  She was not

14  sitting here directing questions, how you and I

15  are directing questions -- you know, where you are

16  directing questions at me and I'm answering.  It

17  was not a -- in the same setting as a deposition

18  would be in.

19              It was more of a, "Talk to me in

20  confidence; this won't get beyond this room,"

21  which it did, or somehow, because then the

22  interaction with Anson got worse.

23              Once I went and talked with her,

24  interactions with Anson became a little more

uncomfortable, heated, more confrontational.

Q        Why did you go to talk with Miss Ehringhaus?

A        To try to find -- I had heard that she had -- was involved with the law somehow that way, where I could get -- because I didn't want to get in trouble for the drinking parties.

I was trying to compromise, and she was -- I was trying to find a way to compromise and meet Anson's demands and be more involved with the team at parties where binge drinking, where you know, kegs and girls are drinking, and, you know, they were sneaking in underage girls -- you know, I was trying to find a way to say, okay, how can I be there and not still be, had the possibility of getting in trouble, legally -- you know, I didn't want to go to these parties and get arrested.

I was trying to compromise and meet what Anson wanted, and she was, you know, one that had been -- I got information that she knew law or was somehow related to the lawyer, and I knew she was in the Chancellor's building.

Q        Who mentioned that this conversation

```
1    was in confidence, if anybody?

2         A     She did.

3         Q     And what did she say to you?

4         A     She said, "This is in," you know,

5    "this is between you and me; feel free to tell me

6    stuff."  And even then, I was still hesitant,

7    because she still was part of the university,

8    because after we had conversations, things at

9    practice did not become -- became -- it was just

10   -- Anson's friendliness had changed towards me.

11        Q     So you are saying that prior to your

12   conversation with Susan Ehringhaus, you had had a

13   friendly relationship with Anson?

14        A     Not friendly -- it was just -- I

15   felt more comfortable with our relationship.  It

16   was -- you know, there was not a -- you know, he

17   would smile, be nice, friendly nature.

18        Q     And did you determine that

19   Miss Ehringhaus had spoken to Anson Dorrance or

20   that what you had told Miss Ehringhaus had found

21   its way to Anson Dorrance?

22        A     Yes.

23        Q     How did you determine that?

24        A     He just -- his demeanor towards me
```

Case 1:99-cv-00400-NCT   Document 136   Filed 04/20/04   Page 69 of 96

1    Q      I will --

2    A      Well, I'm trying to give it to you

3  in order.  And then he had written a letter.  I

4  got teased because dad had written a letter

5  getting the money back.

6    Q      By whom?

7    A      By Anson.  It was just -- you know.

8  Just got teased about, "Daddy wrote you a letter

9  to get your money back," and I was like, "You

10  weren't giving it to me, so how else am I supposed

11  to get my money back?" Because he had told me one

12  thing and then my dad and I would talk now and

13  then, so it would have been after that meeting.

14    Q      You testified that you talked to

15  your mother about the meeting you had in the hotel

16  room with Anson sometime between -- within a month

17  of the meeting occurring --

18    A      Within, I would say, within -- less.

19    Q      Did you talk to your father about

20  that meeting?

21    A      Yes.

22    Q      When did you speak to your father?

23    A      Right around that same --

24    Q      And what did you tell him?

1    the details, no.

2          Q      Do you remember any of the details?

3          A      No.

4          Q      Do you remember a meeting in the

5    fall of '97, around the end of the season?

6          A      Yes.

7          Q      And during that meeting, did Anson

8    again speak to you, if your need to contribute to

9    the team?

10         A      Yes.

11         Q      And during that meeting did he -- do

12   you remember him talking to you about the team

13   academics, fitness and team chemistry?

14         A      Yes.

15         Q      What, at that time, did he say about

16   academics?

17         A      That I was doing better, but I still

18   needed --

19         Q      Get better still, right?

20         A      That I had improved a lot from then

21   to now.

22         Q      But you were still not meeting his

23   standards, were you?

24         A      No, I think -- I wouldn't say that.

Case 1:99-cv-00400-NCT   Document 136   Filed 04/20/04   Page 71 of 96

1   I think he knew that I could be -- I had brought

2   it up quite a bit.  I think he was just trying to

3   push me to continue in a positive manner with my

4   grades.  He was acknowledging the fact that I had

5   made the effort, too.

6          Q      What did he say about your fitness

7   or training?

8          A      Saying that I needed to focus on

9   that now, that I still need to continue to

10  improve.  That is what I needed to make any focus

11  on.

12         Q      And did he tell you you were not

13  meeting his standards for fitness and training for

14  the team?

15         A      I would, yes.  I would assume,

16  because he had asked me to improve.

17         Q      And did he mention making a

18  contribution to the team chemistry?

19         A      Yes.

20         Q      And what did he say about

21  contributing to the team chemistry?

22         A      That I needed to be a positive life

23  source.

24         Q      And what did you understand that to

1    be?

2         A        To continue doing the things that I

3    was doing.  You know, I had girls over for

4    get-togethers at my house, attending more, and

5    more of the girls' parties, maintaining a positive

6    -- you know, I was a cheerleader on the side

7    lines, and a comforting figure, and, and positive

8    person, being supportive of teammates, and

9    everything else.

10        Q        During that meeting did Anson tell

11   you he was considering cutting you from the team

12   unless you improved your performance in those

13   areas?

14        A        He said he would have to remove me.

15        Q        Do you believe that there were

16   members of the team who were not playing, who were

17   doing worse than you were doing in academics?

18        A        Did I think there were?

19        Q        Yes.

20        A        I don't know.

21        Q        Do you believe that there were

22   members of the team who were not playing, who were

23   doing worse than you, in terms of physical

24   conditioning and fitness?  Not worse, equal.

Case 1:99-cv-00400-NCT  Document 136  Filed 04/20/04  Page 73 of 96

1    Q       Who arranged the time of that

2    meeting?

3    A       I believe Anson.  I don't remember.

4    I don't know if there is a sign-up list.

5    Q       So you could have arranged the time

6    on that meeting, couldn't you?

7    A       I don't know.

8    Q       What happened next in the meeting?

9    A       He basically told me that I had not

10   met at an adequate level and I was no longer to be

11   a part of the team.

12   Q       And what did he say you had not met

13   at an adequate level?

14   A       My fitness, my stats, fitness stats

15   runs together, could even of -- once he told me I

16   was cut, it just kind of --

17   Q       Did he tell you you were cut at the

18   beginning of the meeting?

19   A       I don't recall.  He just asked me

20   when my finals were, went into a discussion, I was

21   cut, kind of shut off from there.

22   Q       So is it your testimony that once he

23   told you you were cut, you don't remember anything

24   else about the meeting?

1  know, some of the girls that I had been cut tell,

2  and they were more inquisitive whether I was okay,

3  and where my mental state was.

4      Q    Do you know whether any of the women

5  on the team went and spoke to Anson about cutting

6  you?

7      A    Not to my knowledge.

8      Q    Did anyone ever come to you and tell

9  you they had spoken to Anson about cutting you?

10     A    No.

11     Q    Other than those people, did you

12 talk to anybody else, before this meeting that you

13 had --

14     A    That is the best of my recollection

15 at this point in time.

16     Q    Now, did you have a meeting with

17 Dick Baddour --

18     A    Um-hum.

19     Q    -- Beth Miller, Susan Ehringhaus,

20 Anson Dorrance, your father.

21     A    And myself.

22     Q    And you.  Was anybody else in

23 attendance at that meeting?

24     A    No, not that I can recall.

1      Q      Why was that meeting called?

2      A      In reference to how Anson dismissed

3  me from the team and his manner of doing so.

4      Q      I will show you a document that is

5  marked as Miller Exhibit Number 24.  I believe

6  Beth Miller testified during her deposition that

7  these were her notes of a meeting between her,

8  Dick Baddour, Susan Ehringhaus, Craig Jennings and

9  you.

10      A      It is hard to read.

11      MR. VARCHETTO:  Just let him ask the

12  question.

13      THE WITNESS:  Okay.  Sorry.

14  BY MR. ZIKO:

15      Q      What do you remember happening at

16  that meeting?

17      A      There was a discussion -- I had

18  became upset, and Ehringhaus leaned over and put

19  her arm on me, asking me if I needed to leave.

20      Q      Where did she put her arm?

21      A      Can I borrow your arm?

22      MR. VARCHETTO:  Yes, but describe it in

23  words.

24      THE WITNESS:  Oh, sorry.  She leaned and

1    put her hand on my arm, got close, made eye

2    contact with me.  Asked me if I needed to leave

3    the room, if this was too hard.

4    BY MR. ZIKO:

5         Q       Was that the first thing that

6    happened?

7         A       No.  We had been in discussion of

8    what was going on, and she saw that I was becoming

9    upset.

10        Q       Let me ask you this:  Was there one

11   meeting where all these people were present, or

12   was there a series of meetings that had different

13   groups of people present?

14        A       To my best recollection, everybody

15   was --

16        Q       There at one time?

17        A       Yes.

18        Q       So what is the first thing you

19   remember about the meeting?

20        MR. VARCHETTO:  Just so that I -- I don't

21   want you to be confused.

22              Do you want her to be making

23   reference to the document --

24        THE WITNESS:  Can I read this first?

BY MR. ZIKO:

     Q     You can do anything you like.

     A     Because you keep asking me

questions --

     MR. VARCHETTO:  I just wasn't sure if you

were directing questions -- if you wanted her to

see that or not.  I wasn't sure.

          When you are done reading it, he is

going to ask you questions that may or may not

reference that document.  So just pay attention to

the question.  Don't worry about the document,

unless he asked you about the document.

BY MR. ZIKO:

     Q     I think the second page is exactly

like the first page.  It is just another copy.

     A     Yes.

     Q     Now, there was a meeting.  Where was

the meeting held?

     A     To my best recollection, at

baddour's office.

     Q     And how did the meeting start?

     A     Well, they were surprised that I was

at the meeting, because they had asked for a

meeting with my father.

1      Q     And who was surprised?

2      A     I would say everybody was surprised

3 that I was there.

4      Q     And how did they register that

5 surprise?

6      A     Facial expression.

7      Q     And after that, what happened?

8      A     We got into the discussion of things

9 that have been going on, and I believe I got upset

10 with him, saying -- when I had brought it up with

11 him asking me the sexual comments, this meeting

12 that took place in the hotel room, him getting

13 upset and saying he never asked that of anybody,

14 and then, in my frustration, I started crying and

15 Susan Ehringhaus leans over and asks if I'm okay

16 and if I can --

17      Q     Let me stop you there.  You had

18 previously mentioned that Susan Ehringhaus reached

19 and touched your arms?

20      A     When I became upset.

21      Q     So at the time she reached out and

22 touched your arm, you were crying, is your memory?

23      A     Yes.  And she asked if I was okay,

24 and if I needed to leave the room.

```
1        Q      Was anybody else in the room crying?

2        A      No.

3        Q      And what did you say to her?

4        A      I said "No, I will be okay."

5        Q      And what happened after that?

6        A      Just the meeting went on.  It was

7   them asking me questions, me answering the

8   questions.

9        Q      Do you remember Miss Ehringhaus

10  saying anything about you didn't have to say

11  anything you didn't want to, as long as Anson was

12  in the room?

13       A      Yes.

14       Q      And you think that was appropriate?

15       A      What do you mean by that question?

16       Q      Well, I mean, do you think it was

17  wrong for her to say that to you?

18       A      No.  I just thought it was kind of

19  odd that she would say, you know, "You don't have

20  to say anything if Anson is in the room."

21       Q      Because having Anson in the room

22  didn't make any difference to you, did it?

23       A      No.

24       Q      During this meeting did you say --
```

1    did you tell them anything other than in addition

2    -- strike that.

3                During that meeting, did you tell

4    them anything about your experience at UNC Chapel

5    Hill that you haven't testified about today?

6         A       I told them about the practices,

7    stuff that was being said, the stats -- no.

8         Q       During that meeting, did you tell

9    them everything that you testified to today?

10        A       To the best of my recollection.

11        Q       During that meeting, did you tell

12   them about the trip to Anson Dorrance's house

13   where you called him a liar?

14        A       I'm not sure if that came up in

15   discussion.  To the best of my knowledge.  I

16   covered the topics that we covered today.

17        Q       In the complaint --

18        A       This thing?

19        Q       Paragraph -- the first amended

20   complaint, to be more accurate, Page 4.

21        A       Okay.

22        Q       Paragraph 16 references Anson

23   Dorrance intentionally and systematically

24   subjected plaintiffs to quote, "inappropriate

1    1996 and the present, complaints of Dorrance's

2    inappropriate and harassing conduct were made on

3    behalf of Plaintiffs to Hooker, Ehringhaus,

4    Baddour, Miller and Swafford; do you see that?

5         A    Yes.

6         Q    Is it your testimony that the

7    complaints that are referenced in Paragraph 40,

8    alleged sexual harassment, as you have alleged it

9    in Paragraph 16?

10        MR. VARCHETTO:  I'm just going to object to

11   the form of the question, because she didn't

12   allege it, I alleged it on her behalf.

13   BY MR. ZIKO:

14        Q    With that correction, the

15   allegations on your behalf -- let me ask it to you

16   more simply.

17             Do you know of any complaints that

18   were made to Hooker, Ehringhaus, Baddour, Miller

19   or Swafford between 1996 and the date this

20   complaint was filed -- now, it was signed and

21   served on July 19th, 1999 -- in which anybody

22   complained about sexual harassment?

23        A    Meaning me talking to people or

24   other people sending correspondence -- I'm still

1   not --

2           Q       Let's look at Paragraph 40.

3           A       Okay.

4           Q       "On numerous occasions between 1996

5   and the present" --

6           A       Yes.

7           Q       -- which, for purposes of this

8   complaint, is 1999, I guess, July 1999,

9   "complaints of Dorrance's inappropriate and

10  harassing conduct were made on behalf of

11  plaintiffs."

12                  That would be you and Debbie Keller?

13          A       Okay.

14          Q       To Hooker, Ehringhaus, Baddour,

15  Miller and Swafford?

16          A       Yes.

17          Q       Do you know of any complaints of

18  inappropriate and harassing conduct that were made

19  on your behalf?

20          MR. VARCHETTO:  Do you understand the

21  question?

22          THE WITNESS:  No.  I'm still --

23          MR. VARCHETTO:  Tell him you don't

24  understand.

        THE WITNESS:  What do you mean by stuff

that was --

BY MR. ZIKO:

        Q     Do you know what it is to make a

complaint on behalf of somebody?

        A     Yes, but I don't -- I don't know.  I

mean, I know I talked to Ehringhaus, but --

        Q     You talked to Ehringhaus -- let me

help you.

        Your father also wrote numerous

letters to the university; isn't that true?

        A     Yes.  Now I understand.

        Q     He complained about you having to

pay the $400.00, right?

        A     Yes, now I understand.

        Q     He complained about, I think, the

drinking at some point there.  He wrote a number

of letters to the university complaining about

things, correct?

        A     Um-hum.

        Q     You testified at the beginning of

this deposition that you went and read those

letters?

        A     Yes.  Last night.

1          Q      Right, okay.   Do you know --

2          A      So, yes, I do know that there was

3  complaints made.

4          Q      Were the complaints made about

5  sexual harassment, as opposed to just complaints

6  about inappropriate and harassing conduct?

7          A      I don't know.

8          MR. VARCHETTO:   I'm going to just interject

9  an objection on the basis that it is calling for a

10  legal conclusion as to what constitutes sexual

11  harassment.

12  BY MR. ZIKO:

13          Q      Do you know of any complaints made

14  on your behalf in which people were complaining

15  about sexual matters?

16          A      Can you state that again?

17          Q      Do you know of any complaint made on

18  your behalf, in which people complained that you

19  were being subjected to questions or comments or

20  any harassing conduct related to sex?

21          A      I still don't understand.  I hear

22  the question, but it is not --

23          MR. ZIKO:   Okay.  Can you mark this as

24  Number 25,  I think?

1    Prior to you being cut from the soccer team, let's

2    use that as a time marker, which was the first

3    part of May, 1998, right?

4            A       Okay.

5            Q       Prior to you being cut from the

6    soccer team, other than the conversation you have

7    encountered with Susan Ehringhaus, do you remember

8    -- do you know whether anybody made any complaints

9    on your behalf --

10           A       No.

11           Q       Related to a sexual matter?

12           A       No.

13           Q       Do you know, prior to the time you

14   were cut from the soccer team, whether any

15   complaints were made on behalf of any other

16   player, on the UNC women's soccer team, related to

17   sexual matters?

18           A       I don't know.

19           Q       Okay.  In Paragraph 43, it says that

20   quote "as a direct result complaints made to

21   Hooker, Ehringhaus, Baddour, Miller and Swafford,

22   regarding Dorrance's inappropriate and harassing

23   conduct, Dorrance wrongfully and without cause

24   released Melissa from the women's soccer team at

1   UNC in 1998."

2               Do you see that?

3       A       Um-hum.

4       Q       Do you believe that is true?

5       A       Yes.

6       Q       So, do you believe that Anson

7   Dorrance lied to you when he told you that he was

8   letting you go from the soccer team, cutting you

9   from the soccer team because of your poor

10  performance, and grades and fitness?

11      A       He was telling me that was his

12  reasoning.

13      Q       Right.  And is it your testimony

14  that you do not believe that is true?

15      A       No.  He had never cut anybody else

16  from the program, ever.  Why would he suddenly now

17  do it to me?

18      Q       And so the fact that you believe no

19  one else was ever cut from the program, that is

20  why you believed he was lieing to you, when he

21  told you he was cutting you for those reasons; is

22  that right?

23      A       I just think he was doing it, to --

24  he was covering his position and saying he was

giving me his reasons, and those were his reasons.

    Q    Do you think that they were legitimate reasons?

    A    They are Anson's reasons, it's...

    Q    Do you think they're the reasons that he really believed in?

    A    I don't know.

    Q    Do you think the fact that you called him a liar in his own home, after making an appointment to come and talk to him about something you don't know about, may have contributed to his decision to cut you from the soccer team?

    A    It is possible.

    Q    Did he ever tell you that it was?

    A    No.

    MR. ZIKO:  It's pretty close to 3:00 here, let me just take a couple minutes to consult counsel and we will finish up.

              (Recess.)

BY MR. ZIKO:

    Q    During the time that you were a student at UNC Chapel Hill, did you keep a diary?

    A    Yes.

Case 1:99-cv-00400-NCT  Document 136  Filed 04/20/04  Page 88 of 96

1    day-to-day events in your life?

2         A     No.

3         Q     In Paragraph 47 of the complaint,

4    you alleged that "Dorrance directly, unreasonably

5    interfered with this soccer program at UNC, and

6    created an intimidating, hostile environment that

7    affected their pyschological wellbeing."

8              Do you see that?

9         A     Yes.

10        Q     Have you ever sought psychiatric

11   care?

12        A     No.

13        Q     Have you ever visited a

14   psychologist?

15        A     No.

16        Q     Have you ever been diagnosed to have

17   a pyschological illness?

18        A     No.

19        Q     Have you ever visited a physician or

20   other health care professional to address any

21   condition in your life that you attribute to the

22   experiences you had while a student at UNC Chapel

23   Hill?

24        A     Are you referring for pyschological?

1          Q       Yes.  Let's start with the

2    pyschological.

3          A       Okay, No.

4          Q       Now, when you were playing soccer at

5    UNC Chapel, did you have injuries?

6          A       Yes.

7          Q       And you sought a health care

8    professional for those?

9          A       Yes.

10         Q       And you are not blaming Anson

11   Dorrance for those injuries, are you?

12         A       No.   Meaning he did them?  No.  I

13   mean --

14         Q       You testified about something, about

15   one time, you -- well, at least there is some

16   evidence in the record, someplace, that at one

17   time you had a spinal tap when you were at the

18   university?

19         A       Yes.

20         Q       Anson didn't infect you with

21   something to require you to have a spinal tap, did

22   he?

23         A       No.

24         MR. VARCHETTO:  That would be a different

1    lawsuit.

2    BY MR. ZIKO:

3        Q     How did, in Paragraph 47, Anson's

4    conduct effect your pyschological well-being?

5        A     I think I have already stated that

6    -- I've already stated answers to that in previous

7    testimony.

8        Q     Okay.  Now, you had testified

9    earlier about women on the soccer team who Anson

10   humiliated --

11       A     Um-hum.

12       Q     And you testified that you don't

13   know that they complained to Anson about it; is

14   that right?

15       A     Yes.

16       Q     All right.  Do you know of any of

17   them who complained to Anson about it?

18       A     Not to my knowledge.

19       Q     Okay.  During the time that you were

20   a player -- during the time you were a member of

21   the UNC Chapel Hill women's soccer team, did you

22   ever know Anson Dorrance to field the team that

23   was not the best team available to him at that

24   time?

```
 1    them, because they were afraid he was going to cut

 2    their playing time?

 3         A      They would take their concerns to

 4    Dino.

 5         Q      Okay.  That is not an answer to my

 6    question.  I will ask you that later --

 7         A      But that is how it was.

 8         Q      Okay.  Is there any woman on the UNC

 9    soccer team that told you that they were not

10    complaining to Anson about the way they were

11    treating him because they were afraid Anson would

12    cut their playing time?

13         A      Not to me directly, no.

14         Q      Now you just testified there were

15    women on the team that would direct their

16    complaints to Dino; is that right?

17         A      Dino, if something -- Dino was the

18    safe person to talk to.

19         Q      And do you know of any woman on the

20    UNC women's soccer team, who went to complain to

21    William Paladino, the named defendant in this

22    action --

23         A      Yes.

24         Q      -- about Anson Dorrance's harassment
```

1  of them?

2        A       They were saying -- the girl said

3  they went to go talk to Dino.

4        Q       Which girls?

5        A       Oh, Jesus.  I would say I was

6  probably the only one that wouldn't talk -- didn't

7  go and talk to Dino.  The only time I went and

8  talked to Dino was about the money issue.  If

9  something was wrong, we always went to talk to

10  Dino.

11        Q       Do you know of any woman on the UNC

12  women's soccer team who went to William Palladino,

13  to complain that Anson was sexually harassing

14  them?

15        A       I don't recall at this time.  It's

16  been so long.  I just -- if you had a problem, if

17  you were upset, you would go and talk to Dino.  If

18  something was -- if you were uncomfortable with

19  something, if you didn't like something, Dino was

20  the one to talk to.

21        Q       You would agree with me that playing

22  soccer for the UNC women's soccer team was a

23  challenging personal experience, wouldn't you?

24        A       Yes.

```
 1          Q       You would agree that playing for the

 2     UNC women's soccer team was a stressful, physical

 3     experience, wouldn't you?

 4          A       Sure.

 5          Q       You would agree with me, wouldn't

 6     you, that there were lots of reasons to go to talk

 7     to Bill Paladino about experiences on the women's

 8     soccer team, wouldn't you?

 9          A       Yes.

10          Q       What I want to know, is do you know

11     whether any woman on the UNC women's soccer team,

12     that you know of, ever went to William Paladino,

13     to complain that Anson Dorrance was sexually

14     harassing them?

15          A       At this time, not to my

16     recollection.

17          Q       Do you know of anything that would

18     jog your memory of that, so you could testify

19     about it?

20          A       Not at this moment.

21          Q       After the meeting with Anson

22     Dorrance, where he cut you from the team --

23          A       Uh-huh.

24          Q       -- how many other times have you
```

1    Q      Well, in Paragraph 4 Anson --

2    A      Yes.

3    Q      Paragraph 47, "Dorrance's conduct

4    directly and unreasonably interfered with

5    plaintiff's education."

6           Do you see that?

7    A      Yes.

8    Q      Okay.  After he cut you from the

9    soccer team, did Anson Dorrance have any

10   interaction with you that interfered with your

11   education?

12   A      At this point in time, I can't

13   remember.

14   Q      The fact of the matter is that after

15   he cut you from the team, the only other

16   interaction you had with Anson Dorrance was at the

17   meeting with Dick Baddour, and Susan Ehringhaus,

18   Beth Miller, and your father and Anson Dorrance;

19   is that right?

20   A      To the best of my -- that is where I

21   know he was at for sure, 100 percent, to the best

22   of my knowledge.

23   Q      Were all the women on the women's

24   soccer team at UNC Chapel Hill, drinkers of

1          A      No.  Sorry.  I misunderstood.

2          Q      On Paragraph 21, Page 5, "on

3  repeated occasions from 1994 to 1998," et cetera,

4  et cetera, "uninvited physical contact by touching

5  her on various parts of her body."

6               Do you see that?

7          A      Um-hum.

8          Q      Is the antecedent of her, Debbie, in

9  Paragraph 20?

10         A      Antecedent, the person?

11         Q      Does "her" refer to Debbie?

12         A      Yes.

13         Q      Okay.  It doesn't refer to you, does

14  it?

15         A      No.

16         Q      So you are not alleging that

17  Dorrance used his position to make inappropriate

18  uninvited physical contact by touching you, are

19  you?

20         A      No.

21      MR. ZIKO:  I don't have anymore questions.

22      MR. VARCHETTO:  Okay.  I just have a

23  couple.

24

Case 1:99-cv-00400-NCT   Document 136   Filed 04/20/04   Page 96 of 96