162.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MELISSA JENNINGS, )
)
      Plaintiff, )
)
v. ) 1:99CV400
)
UNIVERSITY OF NORTH CAROLINA )
at CHAPEL HILL, et al. )
)
      Defendant. )
)

## JUDGMENT

For the reasons stated in a contemporaneously filed Memorandum Opinion, Plaintiff's Motion to Strike Amended Answer by Defendants and for Default Judgment [Doc. #137] and Plaintiff's Motion to Strike Exhibits C through H to the Affidavit of Anson Dorrance [Doc. # 142] is DENIED. Defendants' Motion for Summary Judgment [Doc. #115] is GRANTED.

This 27th day of October, 2004

                                                United States District Judge