JUDGMENT

FILED: April 9, 2007

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 04-2447
CA-99-400-1



MELISSA JENNINGS

    Plaintiff - Appellant

and

DEBBIE KELLER

    Plaintiff

v.

UNIVERSITY OF NORTH CAROLINA, at Chapel Hill; ANSON DORRANCE, individually and as Women's soccer coach at UNC; WILLIAM PALLADINO, individually and as assistant women's soccer coach at UNC; CHRIS DUCAR, individually and as assistant women's soccer coach at UNC; BILL PRENTICE, individually and as athletic trainer at UNC; MICHAEL K. HOOKER, individually and as Chancellor at UNC; SUSAN EHRINGHAUS, individually and as assistant to the Chancellor at UNC; RICHARD A. BADDOUR, individually and as Director of Athletics for UNC; BETH MILLER, individually and as Senior Associate Director of Athletics at UNC; JOHN SWOFFORD, individually and as former Director of Athletics for UNC; ALL DEFENDANTS

    Defendants - Appellees

---

Appeal from the United States District Court for the
Middle District of North Carolina at Durham

---

In accordance with the written opinion of this Court filed this day, the Court affirms in part and vacates in part the judgment of the District Court. This case is remanded to the District Court for further proceedings consistent with the Court's

opinion.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
--------
CLERK

True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ Diane Burke
Deputy Clerk